United States District Court

Eastern District of California

Neil Darrow,

      Petitioner,                    No. Civ. S 04-0762 GEB PAN P

  vs.                                Order

Warden Scribner,

      Respondent.

-oOo-

Respondent moves to supplement the answer based upon <u>Sass v. California Board of Prison Terms</u>, No. Civ. S 01-0835 MCE KJM P, [2005 WL 1406100].  Petitioner opposes.

This court is bound to follow contrary Ninth Circuit precedent.  <u>Biggs v. Terhune</u>, 334 F.3d 910 (9th Cir. 2003); <u>See McQuillion v. Duncan</u>, 306 F.3d 895 (9th Cir. 2002).

///

///

///

1  Accordingly, respondent's July 13, 2005, motion is denied.
2  So ordered.
3  Dated:  August 30, 2005.

                                    /s/ Peter A. Nowinski
                                   PETER A. NOWINSKI
                                   Magistrate Judge

2