IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NEIL DARROW,

    Petitioner,               No. CIV S-04-0762 GEB PAN P

    vs.

SCRIBNER, Warden,

    Respondent.             ORDER

/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges a decision finding him unsuitable for parole. Petitioner was convicted Sacramento County but he is confined in Kings County. Since petitioner challenges the duration of his confinement, venue lies in the court sitting where he is confined. See Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989). Kings County is in the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(d).

        Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division. Therefore, this action will be transferred to the Fresno Division of the court.

/////

1

1  Good cause appearing, IT IS HEREBY ORDERED that:

2  1. This action is transferred to the United States District Court for the Eastern
3  District of California sitting in Fresno; and
4  3. All future filings shall reference the new Fresno case number assigned and
5  shall be filed at:

6  United States District Court
   Eastern District of California
7  2500 Tulare Street
   Fresno, CA 93721

9  DATED: May 4, 2006.

   _____
   UNITED STATES MAGISTRATE JUDGE

13  \004
14  \darr0762.109